COSCA LAW CORPORATION
CHRIS COSCA CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
MARCUS GIPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MARCUS GIPSON and<br>BOBBY LEE STANFIELD,<br>Defendants. | 2:26-cr-00186-JAM<br>**FIRST STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

**STIPULATION**

The parties hereto, by and through counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Status Conference on December 1, 2026.

2. The parties hereto, through counsel, respectfully request that the Court reset the Statu Conference to the Court's calendar on March 9, 2027. Additionally, the parties request that the Court exclude time under the Speedy Trial Act between December 1, 2026 and March 9, 2027, inclusive. In so requesting, the parties agree and stipulate, and request that the Court find the following:

a) The discovery produced includes multiple recordings of controlled drug transactions, interviews, surveillance, cell phone data, text messages, law enforcement reports, and lab reports. Defense counsel desire additional time to

consult with their clients, to review and copy discovery for this matter, to discuss change of plea issues, and to otherwise prepare for trial if necessary.

b) Counsel for defendant Gipson was recently appointed on November 5, 2026. Defense counsel believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 10, 2026 to August 31, 2026 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A)(B)(iv), because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: November 17, 2026

/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant
MARCUS GIPSON

Dated: November 17, 2026

/s/ Timothy Warriner
TIMOTHY WARRINER
Attorney for Defendant
BOBBY LEE STANFIELD

Dated: November 17, 2026

/s/ Charles Campbell
CHARLES CAMPBELL
Assistant US Attorney
Attorney for Plaintiff

**ORDER**

Based on the first stipulation of the parties, the December 01, 2026 status conference in the above-entitled matter, is **CONTINUED** to **March 09, 2027, at 9:00 a.m.**, before Senior United States District Judge John A. Mendez. Time is excluded through and including March 09, 2027, as described in the parties' Stipulation.

The status conference in related Case Number 2:26-cr-00187-JAM, *USA v. Stanfield, et al.*, is also continued to March 2027.

**IT IS SO ORDERED.**

Dated: November 18, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE